JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.: ED CV 16-01675 SJO (SPx)   DATE: October 26, 2016

TITLE: Gina L. Crummitt v. First Financial Investment Fund V, LLC et al

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                Not Present
Courtroom Clerk                            Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):          COUNSEL PRESENT FOR DEFENDANT(S):

Not Present                                Not Present

========================================================================

PROCEEDINGS: IN CHAMBERS

The Court is in receipt of the Joint Motion for Dismissal of Action with Predjudice filed by Plaintiff [ECF # 20]. Accordingly, the Court Orders this matter dismissed pursuant to the Joint Motion for Dismissal of Action.